| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Catrice Lynch,

      Plaintiff,

v.

City of Minneapolis and John Does 1-10,

      Defendants.

Case No. _____

NOTICE OF FILING NOTICE OF REMOVAL (TO THE STATE COURT)

---

TO:   Hennepin County District Court Clerk of Court, and to Plaintiff and her attorney, Joshua Williams, 3249 Hennepin Avenue South Suite 216, Minneapolis, MN 55408

Defendant, through its attorney Andrea K. Naef, Assistant Minneapolis City Attorney, 350 South 5th Street, Room 210, Minneapolis, MN 55405, hereby gives Notice of Filing of the Notice of Removal of Action to Federal Court. A copy of the Notice of Removal is attached hereto. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: November 4, 2014

SUSAN L. SEGAL
City Attorney
By

*/S/ Andrea Kloehn Naef*

ANDREA K. NAEF
Assistant City Attorney
Attorney Reg. No. 0386497
350 South 5th Street Room 210
Minneapolis, MN 55415
(612) 673-2429
*Attorney for Defendant*