# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Catrice Lynch,** | **Court File No. 14-cv-4673 (PJS/JSM)** |
| **Plaintiff,** | |
| v. | |
| **City of Minneapolis, Peter Carlson, Christopher Steward, and Andrew Braun,** | **STIPULATION OF DISMISSAL OF PETER CARLSON, CHRISTOPHER STEWARD AND ANDREW BRAUN** |
| **Defendant.** | |

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their counsel, that the Plaintiff's claims and causes of action against Defendant Officers Peter Carlson, Christopher Steward, and Andrew Braun may be and hereby are DISMISSED WITH PREJUDICE and on the merits.  Pursuant to this Stipulation, the City of Minneapolis shall be the sole Defendant in this matter and the case caption shall read "Catrice Lynch, Plaintiff v. City of Minneapolis, Defendant." If the City of Minneapolis fails to formally approve the settlement agreement the Court read into the record at the settlement conference on May 2, 2016, such failure will automatically revive Officers Carlson, Steward, and Braun as defendants in this case.

Dated: May 17, 2016                SUSAN L. SEGAL
                                   City Attorney
                                   By

                                   */s/ Andrea Kloehn Naef*
                                   Andrea K. Naef (#0386497)
                                   George H. Norris (#0391475)

                                                Assistant City Attorneys
                                                350 South Fifth Street
                                                Minneapolis, MN 55415
                                                Telephone: (612) 673-2429
                                                Email: andrea.naef@minneapolismn.gov
                                                *Counsel for Defendants*

Dated: May 17, 2016              __/s/ *Joshua R. Williams*_____
                                                Joshua R. Williams (#389118)
                                                jwilliams@jrwilliamslaw.com
                                                2836 Lyndale Avenue S, Suite 160
                                                Minneapolis, Minnesota 55408
                                                (612) 486-5540
                                                (612) 605-1944 Fax
                                                ATTORNEY FOR PLAINTIFF CATRICE LYNCH